UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILLIP GONZALEZ,

    Petitioner,

v.                                                          Case No. 8:05-cv-191-T-23EAJ

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## ORDER

Gonzalez's "Motion to Reinstate Petition" (Doc. 5) is **DENIED**. The petition was dismissed for failure to timely pay the required filing fee or request leave to proceed *in forma pauperis*, and the dismissal was without prejudice to the commencement of a new action. Gonzalez's argument for reinstatement is without merit.[*]

ORDERED in Tampa, Florida, on April 20, 2005.

                                                                    STEVEN D. MERRYDAY
                                                          UNITED STATES DISTRICT JUDGE

SA/ro

---

[*] Gonzalez represents that he never received notice of the case number assigned to his petition. The record shows that a notice was timely sent to Gonzalez informing him of the case number. Moreover, the notice was not returned as undeliverable.